| | |
|---|---|
| LAW OFFICE OF EMILY DELEON<br>EMILY DELEON, SBN 296416<br>1318 K Street<br>Bakersfield, CA 93301<br>Tel: (661) 326-0857<br>Email: emilydeleonlaw@gmail.com<br><br>Attorney for:<br>GEORGE CASTANEDA III | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>GEORGE CASTANEDA,<br><br>Defendants. | Case No. 1:18CR00093-DAD<br><br>STIPULATION AND ORDER TO CONTINE SENTENCING ON SUPERVISED RELEASE VIOLATION |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND VINCENTE TENNERELLI, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, GEORGE CASTANEDA III, by and through his attorney of record, EMILY DELEON, hereby requesting that the sentencing hearing currently set for Monday, January 7, 2019, be continued to February 11, 2019.

Defense is requesting this continuance due to scheduling issues. Defense counsel has spoken with Probation Officer Laura Del Villar. Ms. Del Villar has confirmed that she has no objection to continuing the sentencing. Mr. Castaneda has submitted negative drug tests during the pendency of this violation and has been compliant with other terms and conditions of his release. I have spoken to the Government and believe there is no opposition to this continuance.

///

1

**IT IS SO STIPULATED.**

DATED: 01/02/2019

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
GEORGE CASTANEDA

DATED: 01/02/2019

*/s/Vicente Tennerelli*
VICENTE TENNERELLI
Assistant U.S. Attorney

## **ORDER**

The Sentencing set for January 7, 2019 is hereby continued to February 11, 2019. The Court finds that the period of delay is excludable for defense preparation and ongoing plea negotiations, and the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **January 2, 2019**

UNITED STATES DISTRICT JUDGE